**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| SURESH PACKIRISAMY, | : | No. 673 MAL 2021 |
| | : | |
| Petitioner | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| BANUPRIYA SURESH, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.